Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−19666−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Joseph G. Alonzo | Brigida F. Alonzo |
| --- | --- |
| 6 Gifford Court | 6 Gifford Court |
| East Hanover, NJ 07936 | East Hanover, NJ 07936 |

Social Security No.:
  xxx−xx−2010                                            xxx−xx−6590

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 16, 2021</u>                 <u>Stacey L. Meisel</u>
                                                Judge, United States Bankruptcy Court